MOTION TO COUNSEL
APPOINTMENT CONFERENCE

JUAN C MARTINEZ
VS.
Dr. SCOTT A. ALLEN, M.D
CAPTAIN ASHTON
LTeuTenAT ALVes

OCTubre 21- 2005
C.A. NO. 04-346 ML

Dear: Honorable Judge JAcob HagoPIAN
defendANT WriTing Honorable CounT requests AppointmenT COUNSEL
I AM WriTINg because I do NOT speak Nor WriTe english.
I respectFully request THAT your Honor provide en
INTerperTer For conference request APPOINT COUNSEL
To represent The plaintiff JUAN C MARTINEZ
Pursuant S 1915 for The following reason:

1 The plaintiff JUAN C MARTINEZ does NOT speak Nor WriTe english.

2 The plaintff is unable To Afford counsel NOT have money To counsel

3 The issues involver in This case Are complex.

4 The plaintff has no knowledge of The LAW WHATSOEVER

I Need COUNSEL INTerperTer because I do NOT english

P.O BOX 8200
CRANSTON R.I 02920
# 112421

Thank you
JUAN C MARTINEZ

OCTubre 21-2005
[redacted].

Juan C. Martinez
I.D# 112421
~~D1~~ - Cell# D-7
~~Maximum Security~~
P.O. Box ~~8273~~ 8200
Cranston, R.I. 02920

RE: Juan C. Martinez vs Scott Allen, MD., ET AL
C.A. No. 04-346ML

United States Magistrate
Honorable Judge Jacob Hagopian
United States District Court
Office of the Clerk
Providence, R.I. 02903-1720

Dear Honorable Judge Hagopian:

My name is Juan C. Martinez, I do not speak nor write english. I respectfully request that your Honor provide an interperter for the settlement conference on September 13, 2004, and for any Court appearance thereof.

I respectfully request that this Honorable Court appoint counsel to represent the plaintiff, Juan C. Martinez, pursuant to § 1915 for the following reasons:

1. The plaintiff, Juan C. Martinez, does not speak nor write english.
2. The plaintiff is unable to afford counsel
3. The issues involved in this case are complex.
4. The plaintiff has no knowledge of the law WHATSOEVER....

**SETTLEMENT CONFERENCE STATEMENT**

1. Enclosed is a brief statement of the facts that was sent to the Court.

2. Gounds upon relief is founded.

The Eighth Amendment - the United States Constitution: The Eighth Amendment to the United States Constitution guarantees that no prisoner shall be subjected to crual and unusual punishment. The Constitutional prohibition against crual and unusual punishment not only prohibits certain kinds of physical punishment, such as torture, but embodies broad and idealistic concepts of dignity, civilized standards, humanity and decency. The Eighth Amendment requires that prison

must not be deliberate indifferent to a prisoner's need for medical attention and for prtection aginst any physical harm that may happen during a epolectic attack.

The plaintiff has asked for help and was denied by the lietenant, and Captain, to be moved to a cell where he could be watched because of his attacks.

The denial caused plaintiff to hurt himself during an epolectic attack, to which plaintiff sustained injuries to his face, arms, and feet, and the back of his head.

The plaintiff wrote a letter to Dr. Scott Allen requesting help and all he did was say that he was going to investigate. The plaintiff again caught another attack on August 25, 2004, in the morning, to which plaintiff again sustained injuries to the back of his head, his face, and his arms. On that day they left him in his cell bleeding and did not call a doctor to see him.......

The plaintiff has documented proof of his epolectic medical problem...

The plaintiff, Juan C. Martinez, requests that they bring to the Conference Federick Escobar as an interpreter.

Frederick Escobar
I.D.# 112381
P.O. Box 8273
Cranston, R.I. 02920

The plaintiff would like to add more but would require a lawyer to explain other legal issues.

**RELIEF REQUESTED**

1. Award compensray damages jointly and severally against:
Dr. Scott Allen, Captain Ashton, and Lieutenant Alves for physical and emotional injuries sustained as result of plaintiff' unatended epoliectic attack.

2. Captain Ashton, and Lieutenant Alves for their failure to provide medical treatment after plaintiff sustained another epolectic attack on 08/25/04.

3. Award punitive damages against defendants Dr. Scott Alen, Captain Ashton, Lieutenant Alves.

4. Any other relief that the plaintiff may not be aware of as deemed just and proper by this Honorable Court.

5. The Complaint may have to be aended due to other issue...