MOTION TO COUNSEL
APPOINTMENT CONFERENCE

JUAN C MARTINEZ
VS
DR. SCOTT A. ALLEN, M.D
CAPTAIN ASHTON
LTEUTENAT ALVES

OCTUBRE 31- 2005
C.A. NO. 04-346 ML

OCT 31 2005

Dear: Honorable Judge JAcob HAGOPIAN
defendANT WRITING HONORAble COURT requests APPOINTMENT COUNSEL
I AM WRITING because I do NOT speak NOR WRITE english.
I respectFully request THAT your Honor provide en
INTerperTer For conference request Appoint Counsel
To represent The plaintiff JUAN C MARTINEZ
PURSUANT S 1915 for The following reason:

1 The plaintiff JUAN C MARTINEZ does NOT speak NOR WRITE english.

2 The plaintff is unable To afford counsel
NOT have money To counsel

3 The issues involver in this case Are complex.

4 The plaintff has no knowledge of The LAW WHATSOEVER

I Need COUNSEL INTerperTer because I do NOT english

PO BOX 8300
CRANSTON RI 02920
# 112421

Thenk you
JUAN C MARTINEZ

**ORDER**

DENIED. The District Court dismissed this case on October 20, 2004.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: November 1, 2005