UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND & PROVIDENCE PLANTATIONS

DISTRICT, SC

[redacted] COURT

JUAN C MARTINEZ Plaintiff )
)
v. )
)
SCOTT ALLEN M.D, Defendant )

Case No. 04-346 ML

## MOTION TO APPOINT COUNSEL

Now comes the defendant and moves this Honorable Court to appoint counsel in the above entitled matter. The defendant states that his present counsel is not acting in the best interests of the defendant and as such, the defendant is not being represented by effective counsel, as guaranteed by the Sixth Amendment to the United States Constitution and Article I, Section 10 of the Rhode Island Constitution.

Wherefore, the defendant prays that this Honorable Court grant the relief sought herein this Motion.

Respectfully submitted,

Juan C Mart [signature]
Pro Se
P.O. Box 8200
Cranston, RI 02920

---

## CERTIFICATION

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the foregoing Motion to the Attorney General's Office, 150 South Main Street, Providence, RI, 02903, on the 1 day of November 2005

SCOTT ALLEN M.D
Defendant Pro Se