UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
NOV 07 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND & PROVIDENCE PLANTATIONS

DISTRICT, SC

[redacted] COURT

JUAN C MARTINEZ Plaintiff )
)
v. )
)
SCOTT ALLEN M.D. Defendant )

Case No. 04-346 ML

## MOTION TO APPOINT COUNSEL

Now comes the defendant and moves this Honorable Court to appoint counsel in the above entitled matter. The defendant states that his present counsel is not acting in the best interests of the defendant and as such, the defendant is not being represented by effective counsel, as guaranteed by the Sixth Amendment to the United States Constitution and Article I, Section 10 of the Rhode Island Constitution.

Wherefore, the defendant prays that this Honorable Court grant the relief sought herein this Motion.

Referred to U.S.M.J. ~~Martin~~ Hagopian
for findings & recommendations
for determination

Mary M. Lisi, U.S. District Judge
Date: 11/7/05

Respectfully submitted,

Juan C Martinez
Pro Se
P.O. Box 8200
Cranston, RI 02920

---

## CERTIFICATION

I, the undersigned, hereby swear and certify that I have mailed a true and correct copy of the foregoing Motion to the Attorney General's Office, 150 South Main Street, Providence, RI, 02903, on the 1 day of November 2005

SCOTT ALLEN M.D
Defendant Pro Se

ORDER
Denied
This case was dismissed on Oct 20, 2004
Jacob Hagopian
U.S. Magistrate Judge
10 Nov 05

SupCtAppointCounsel